```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 16905
   MORRIS STEWART
   BRENDA M STEWART                            CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-5073     SSN XXX-XX-0460


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/30/08 .

     2.  The case was converted to Chapter 11 without confirmation.

     3.  The Debtor paid a total of $  18310.46 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                  PAID           PAID
------------------------------------------------------------------------------
JP MORGAN CHASE BANK     CURRENT MORTG   461026.00          .00        11507.09
JP MORGAN CHASE BANK     MORTGAGE ARRE   NOT FILED          .00             .00
JP MORGAN CHASE BANK     SECURED          88220.00          .00         1657.85
JP MORGAN CHASE BANK     MORTGAGE ARRE   NOT FILED          .00             .00
JP MORGAN CHASE BANK     SECURED         166862.00          .00         4175.07
JP MORGAN CHASE BANK     MORTGAGE ARRE   NOT FILED          .00             .00
FIRST BANK & TRUST EVANS CURRENT MORTG         .00          .00             .00
CHRYSLER FINANCIAL SVC A SECURED VEHIC         .00          .00             .00
COOK COUNTY TREASURER    SECURED         NOT FILED          .00             .00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED          .00             .00
DENGOES                  UNSECURED       NOT FILED          .00             .00
FOCUS GROUP              UNSECURED       NOT FILED          .00             .00
GEMB                     UNSECURED       NOT FILED          .00             .00
GOULD & RATNER           UNSECURED       NOT FILED          .00             .00
MED BUSINESS BUREAU      UNSECURED       NOT FILED          .00             .00
OFFICE MAX               UNSECURED       NOT FILED          .00             .00
HARTFORD INSURANCE CO    UNSECURED       NOT FILED          .00             .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   716108.00         .00          .00           .00     716108.00
PRINCIPAL PAID        17340.01         .00          .00           .00      17340.01
INTEREST PAID              .00         .00          .00           .00            .00
TOTAL PAID            17340.01         .00          .00           .00      17340.01
The Debtor's attorney, CHICAGO LAW CENTER              , was allowed $       .00
and was paid $       .00 .

The Trustee received $    970.45 .

Refunds to the Debtor totaled $         .00 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                     /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE