**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | Case No. | 08 B 16905 |
| Morris Stewart, Jr. | ) | Judge | Hon. A. Benjamin Goldgar |
| Brenda M. Stewart | ) | Chapter | 7 |
| Debtors. | ) | | |
| | ) | | |

**DEBTORS' FINAL REPORT AND ACCOUNT**

Morris Stewart, Jr. and Brenda M. Stewart ("Debtors"), by their attorney George M. Basharis, submit the following Final Report and Account of the administration of the estate as required by Fed.R.Bankr.P. 1019(5).

1. Debtors filed a case under Chapter 13 of the Bankruptcy Code on June 30, 2008.

2. On December 19, 2008, the case was converted to Chapter 11 without confirmation.

3. On September 30, 2009, the case was converted to Chapter 7 without confirmation.

4. The Debtors paid a total of $8,781.00.

5. The Debtors made the following disbursements:

<u>Administrative Claims</u>:

    a. U.S. Trustee Fees of $2,065.00 were paid through conversion of the case to Chapter 7.

    b. An Order approving the Fee Application for Debtors' attorney was entered on July 1, 2009, and a payment of $2,500.00 was made.

Secured Claims:

    a. Class 1: No payments were made to the Cook County Treasurer.

    b. Class 2: No payments were made to JPMorgan Chase Bank, N.A.

    c. Class 3: First Bank & Trust of Evanston was paid $2,313.00.

    d. Class 4: Chrysler Financial Services was paid $1,903.00.

Unsecured Claims:

    Class 5: This class did not receive any payments.


                                Respectfully submitted,
                                Morris and Brenda Stewart, Debtors

                        By:     /s/ George M. Basharis
                                Attorney for Debtors
                                ARDC # 6244345

George M. Basharis
Attorney at Law
990 Grove Street, Suite 407
Evanston, IL 60201
(847) 737-1849 ext. 407
gmbasharis@chicagolawcenter.net