**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | Case No. | 08 B 16905 |
| Morris Stewart, Jr. | ) | Judge | Hon. A. Benjamin Goldgar |
| Brenda M. Stewart | ) | Chapter | 7 |
| Debtors. | ) | | |
| | ) | | |

**NOTICE OF FILING**

**TO:**   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on October 15, 2009, I electronically filed with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, **Debtors' Final Report and Account Pursuant to Fed.R.Bankr.P. 1019(5)**, a copy of which is attached:

                                                /s/ George M. Basharis
                                                George M. Basharis
                                                Attorney for Debtors

**CERTIFICATE OF SERVICE**

I, George M. Basharis, an attorney, certify that I have served a copy of this Notice along with the attached **Debtors' Final Report and Account Pursuant to Fed.R.Bankr.P. 1019(5)** to the parties listed above through ECF or at their respective addresses, postage prepaid, by depositing same in the U.S. Mail at 990 Grove Street, Evanston, IL 60201, before 5:00 p.m. on October 15, 2009.

    /s/ George M. Basharis
George M. Basharis
ARDC  # 6244345

990 Grove Street, Suite 407
Evanston, IL 60201
Tel: (847) 737-1849 ext. 407
Fax: (847) 859-5809
gmbasharis@chicagolawcenter.net

# SERVICE LIST

**By Electronic Notice through ECF**

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702

Joseph E. Cohen, Trustee
**Cohen & Krol**
105 W. Madison, Suite 1100
Chicago, IL 60602

**Francis J. Pendergast III**
350 North LaSalle Street
Suite 900
Chicago, IL 60610

**By U.S. Mail**

**Arrow Financial Services**
5996 W. Touhy Ave.
Niles, IL 60714

**Chase Bank, NA**
Attn: Bankruptcy Department
PO Box 10018
Kennesaw, GA 30156

**Cook County Treasurer**
118 N. Clark Street
Suite 112
Chicago, IL 60602

**First Bank & Trust**
820 Church St
Evanston, IL 60201

**Focus Group**
505 Chicago Avenue
Evanston, IL 60202

**GE Money Bank/ABT TV**
PO Box 981439
El Paso, TX 79998

**Gould & Ratner, LLP**
222 North LaSalle Street
Suite 800
Chicago, IL 60601

**HSBC Business Solutions**
PO Box 5239
Carol Stream, IL 60197-5239

**Kenneth R. Shillingburg, Chase Bank**
Portfolio Management Center
50 S. Main St., 9th Floor OH2-5170
Akron, OH 44308

**KeyBank USA**
127 Public Square
Cleveland, OH 44114

**Konica Minolta**
PO Box 550599
Jacksonville, FL 32255

**OfficeMax**
HSBC Business Solutions
PO Box 4160
Carol Stream, IL 60197

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | Case No. | 08 B 16905 |
| Morris Stewart, Jr. | ) | Judge | Hon. A. Benjamin Goldgar |
| Brenda M. Stewart | ) | Chapter | 7 |
| Debtors. | ) | | |
| | ) | | |

**DEBTORS' FINAL REPORT AND ACCOUNT**

Morris Stewart, Jr. and Brenda M. Stewart ("Debtors"), by their attorney George M. Basharis, submit the following Final Report and Account of the administration of the estate as required by Fed.R.Bankr.P. 1019(5).

1. Debtors filed a case under Chapter 13 of the Bankruptcy Code on June 30, 2008.

2. On December 19, 2008, the case was converted to Chapter 11 without confirmation.

3. On September 30, 2009, the case was converted to Chapter 7 without confirmation.

4. The Debtors paid a total of $8,781.00.

5. The Debtors made the following disbursements:

<u>Administrative Claims</u>:

    a. U.S. Trustee Fees of $2,065.00 were paid through conversion of the case to Chapter 7.

    b. An Order approving the Fee Application for Debtors' attorney was entered on July 1, 2009, and a payment of $2,500.00 was made.

Secured Claims:

a. Class 1: No payments were made to the Cook County Treasurer.

b. Class 2: No payments were made to JPMorgan Chase Bank, N.A.

c. Class 3: First Bank & Trust of Evanston was paid $2,313.00.

d. Class 4: Chrysler Financial Services was paid $1,903.00.

Unsecured Claims:

Class 5: This class did not receive any payments.

                                                Respectfully submitted,
                                                Morris and Brenda Stewart, Debtors

                              By:      /s/ George M. Basharis
                                                Attorney for Debtors
                                                ARDC # 6244345

George M. Basharis
Attorney at Law
990 Grove Street, Suite 407
Evanston, IL 60201
(847) 737-1849 ext. 407
gmbasharis@chicagolawcenter.net