# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | Case No. | 08 B 16905 |
| Morris Stewart, Jr. | ) | Judge | Hon. A. Benjamin Goldgar |
| Brenda M. Stewart | ) | Chapter | 7 |
| Debtors. | ) | Hearing: | November 20, 2009, at 1:30 p.m. |
| | ) | | |

**FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES OF GEORGE M. BASHARIS**

George M. Basharis ("Applicant"), attorney for Debtors, Morris Stewart, Jr. and Brenda M. Stewart ("Debtors"), makes his final application for compensation ("Application") pursuant to 11 U.S.C. §331, Federal Rule of Bankruptcy Procedure 2016, and Local Rule of Bankruptcy Procedure 5082-1 for legal services rendered and expenses incurred from June 19, 2009, through October 26, 2009. In support of this Application, Applicant states as follows:

1. On June 30, 2008, the Debtors filed a voluntary petition for relief and a proposed repayment plan under Chapter 13 of the United States Bankruptcy Code.

2. The Debtors filed a modified Chapter 13 plan on September 29, 2008, and a second modified plan on October 30, 2008.

3. On December 19, 2008, the case was converted from a Chapter 13 case to a Chapter 11 case without confirmation.

4. On January 24, 2009, the Debtors executed an engagement agreement with Applicant for services in connection with the Chapter 11 case.

5. On February 25, 2009, the Court entered an order approving the appointment of Applicant as attorney for Debtors and Debtors in Possession. A copy of the Court's order is attached as **Exhibit A**.

6. On July 1, 2009, the Court entered an order granting Applicant's application for interim compensation for professional services rendered and for reimbursement of expenses. A copy of the Court's order is attached as **Exhibit B**.

7. On September 30, 2009, the Debtors' Chapter 11 case was converted to Chapter 7 without confirmation. The order converting Debtors' case established, in part, October 30, 2009, as the deadline for professional persons seeking compensation for services rendered and expenses incurred in connection with the Debtors' Chapter 11 case to file their applications for final compensation.

8. Pursuant to the Court's order entered September 30, 2009, Applicant submits this final application for compensation for services rendered and expenses incurred in connection with Debtors' Chapter 11 case and the completion of post-conversion matters set forth in the Court's order.

9. The times and chronology of the Applicant's services rendered in connection with the Debtors' Chapter 11 case for the period from June 19, 2009, through October 26, 2009, are scheduled in detail to the tenth of an hour and arranged by the nature of the services rendered in **Exhibit C**.

10. All services for which compensation is requested were in connection with or related to the Debtors' Chapter 11 bankruptcy proceedings. All services performed after the commencement of the Debtors' Chapter 11 case were in connection with the performance of duties of the Debtors and Debtors in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

11. Applicant requests the allowance of payment of compensation for legal services during the period June 19, 2009, through October 26, 2009, in the sum of $4,600.49.

12. The services rendered by Applicant were directly related and necessary to the administration of the Chapter 11 case, responding and negotiating with creditors, reviewing and objecting to claims against the estate, and strategizing with the Debtors with regard to the disposition of the Debtors' commercial property.

13. Applicant provided a total of 12.75 hours of services at an hourly rate of $175.00 during the current period. The hours, broken down by natures, are summarized in **Exhibit D**. They are as follows:

   a. **CRT** Approximately 2 hours of time and services were incurred in preparing for and attending court hearings. For such services, Applicant seeks $350.00.

   b. **DSC** Approximately 0.75 hours of time and services were incurred in reviewing the claim of JPMorgan Chase and drafting a request for the production of documents supporting the bank's claims to property inspection fees. For such services, Applicant seeks $131.25.

   c. **FRM** Approximately 6 hours of time and services were incurred in preparing Debtors' First Amended Disclosure Statement and Plan, preparing a schedule of post-petition debts incurred by Debtors, and drafting Debtors' Final Report and Account. For such services, Applicant seeks $1050.00.

   d. **FEE** Approximately 0.5 hours of time and services were rendered in connection with preparing Applicant's final fee application, including drafting the fee application and cover sheet, the certificate of service, and the notice of hearing. For such services, Applicant seeks $87.50.

   e. **RPT** Approximately 2.25 hours in time and services were incurred in preparing reports to the court and U.S. Trustee, including monthly operating

      reports and the voting ballot report. For such services, Applicant seeks $393.75.

    f. **DISP** Approximately 0.50 hours of time and services were incurred in connection with negotiating the terms of a possible sale of the Debtors' commercial property. For such services, Applicant seeks $87.50.

14. Applicant's customary fee includes actual compensation for time and services, fixed overhead, and unallocable costs.

15. Applicant is seeking reimbursement of expenses in the amount of $85.47. An itemization of expenses is attached to this Application as **Exhibit E**.

16. On June 27, 2008, Applicant received from Debtors and deposited into his IOLTA account, as a retainer for the Chapter 13 case, the sum of $500.00.

17. On February 6, 2009, Applicant received from Debtors and deposited into his IOLTA account, as a retainer for the Chapter 11 case, the sum of $2,000.00.

18. On July 1, 2009, Applicant was awarded $4,789.16 in compensation for services and $118.42 for the reimbursement of expenses. Applicant applied the retainers to the amounts awarded, leaving a balance owed by Debtors of $2,407.58.

19. The Application and a Notice of Motion has been sent to the Debtors, to the U.S. Trustee, and to parties entitled to notice.

WHEREFORE, Applicant respectfully requests that the Court allow:

1. A reasonable fee to Applicant in the amount of $2,100.00 for services rendered for the period June 19, 2009, through October 26, 2009;

2. The reimbursement of expenses in the amount of $85.47 for the period June 19, 2009, through October 26, 2009; and

3. The payment of the unpaid balance of $2,407.58 for services rendered from the period June 30, 2008, through June 18, 2009.

Applicant asks that Debtors be authorized and directed to pay to George M. Basharis, Attorney at Law, the total amount of $4,593.05.

                                  Respectfully submitted,

By:    /s/ George M. Basharis
          Attorney for Debtors

George M. Basharis
Attorney at Law
990 Grove Street, Suite 407
Evanston, IL 60201
(847) 424-1633
gmbasharis@chicagolawcenter.net